UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CINZIA LETTIERI,

                                Plaintiff,

-v-

ANTI-DEFAMATION LEAGUE FOUNDATION and
ANTI-DEFAMATION LEAGUE,

                                Defendants.

22 Civ. 9889 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received defendants notice of removal. Dkt. 1. Counsel for the removing defendants are directed to serve a copy of this Order on each other party within 14 days following the date of this order; a copy of this Order must also be served with any subsequent process that brings in additional parties, and proof of such service must be filed promptly with the Court. If the removing defendant's counsel is unaware of the identity of counsel for any of the other parties, he or she must forthwith send a copy of this Order to that party personally.

Counsel for the removing defendants are further directed to serve on all other parties and submit to the Court on **December 2, 2022** a letter providing the following information:

1. Whether all defendants who had been served at the time of removal joined in the notice of removal.

2. Whether the notice of removal was dated more than 30 days after the first defendant was served.

3. If the action has been removed on the grounds of diversity jurisdiction, the citizenship of all named plaintiffs and all named defendants (including the citizenship of all members or partners in any non-corporate entity), if such states of citizenship were not set forth in the notice of removal.

If any plaintiff has a response to defendant's submission, that response must be submitted to the Court within 7 days of service of defendant's submission. Any motion to remand the

action to state court based on procedural defects in the removal must be filed within 30 days of removal. *See* 28 U.S.C. § 1447(c). Defendants must answer or present other defenses or objections under the deadlines detailed in Federal Rule of Civil Procedure 81(c)(2).

Counsel are further directed to prepare a Civil Case Management Plan and Scheduling Order in accordance with the Court's Individual Rules, to be submitted to the Court no later than **December 23, 2022**.

No later than **December 23, 2022**, counsel are further directed to submit to the Court a joint letter, not to exceed three single-spaced pages in length, addressing the following topics in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; and (3) the prospect for settlement. For the Court's convenience, the parties are requested to set forth the date and time of the conference in the opening paragraph of the letter. One week prior to the date of the conference, the parties must send the Court two courtesy copies of all pleadings.

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent prior to the date of the conference via e-mail to the Orders and Judgment Clerk at the following e-mail address: orders_and_judgments@nysd.uscourts.gov.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 22, 2022
　　　　New York, New York