UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CINZIA LETTIERI,

                                Plaintiff,

-v-

ANTI-DEFAMATION LEAGUE FOUNDATION, AND
ANTI-DEFAMATION LEAGUE,

                                Defendant.

22 Civ. 9889 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 28, 2022, defendant filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure, Dkt. 7, and a certificate of service, Dkt. 9. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by December 19, 2022. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by January 3, 2023, defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by November 28, 2022. Defendant's reply, if any, shall be served by December. At the time any reply is served, the moving party shall supply the Court

---

[1] If defendant files a new motion to dismiss or relies on their previous motion, plaintiff's opposition will be due 14 days thereafter, and defendant's reply, if any, will be due seven days after that.

with a courtesy copy of all motion papers by attaching them as PDF files to a single email addressed to EngelmayerNYSDChambers@nysd.uscourts.gov.

The Court will determine later, after receipt of plaintiff's anticipated brief opposing a motion to dismiss the current or amended complaint, whether to schedule oral argument.

In light of the motion to dismiss, the joint letter described in the Court's November 22, 2022 order, Dkt. 3, is no longer necessary, and the parties need not submit such a letter.

SO ORDERED.

                                                    PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: November 28, 2022
       New York, New York