UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                         :

CINZIA LETTIERI,                             :

                              :               **22 Civ. 9889 (PAE)**
                         Plaintiff,      :

                              :                    <u>ORDER</u>

                  -v-                      :

                              :

ANTI-DEFAMATION LEAGUE FOUNDATION, ANTI- :
DEFAMATION LEAGUE, and NICOLA STRAKER,    :

                              :

                     Defendants.     :

------------------------------------------------------------------- X

**PAUL A. ENGELMAYER, District Judge:**

       On November 21, 2022, defendants Anti-Defamation League and Anti-Defamation

League Foundation ("ADL defendants") removed this case to federal court on the basis of

diversity jurisdiction. Dkts. 1, 5. On November 28, 2022, the ADL defendants moved to

dismiss. Dkt. 6. That same day, the Court ordered plaintiff to amend her complaint or respond

to the motion to dismiss, stating that additional opportunities to amend would not ordinarily be

granted. Dkt. 11. On December 19, 2022, plaintiff filed the amended complaint. Dkt. 12

("AC"). Having received Notice of Right to Sue from the Equal Exchange Opportunity

Commission, plaintiff brought, for the first time, federal claims under 42 U.S.C. 2000e, *et seq.*,

and named Straker as an individual defendant. *Id.* The AC alleged federal question jurisdiction

only and did not specify Straker's citizenship or specify the amount in controversy. *Id.*

       Depending on the course this litigation takes, it may, nonetheless, prove relevant whether

the requirements of diversity jurisdiction are met. To enable an informed assessment of that

issue, the Court orders the parties to file a joint letter by January 31, 2023 addressing whether

there is diversity jurisdiction. If either party contends that there is, the joint letter should set out

the citizenship of all parties, including individual defendant Straker, and the amount in

controversy and the basis for contending that this amount exceeds $ 75,000.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: January 25, 2023
New York, New York