UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CINZIA LETTIERI,

                     Plaintiff,

    -against-                                     22 **CIVIL** 9889 (PAE)

                                                         **JUDGMENT**

ANTI-DEFAMATION LEAGUE FOUNDATION, *d/b/a*
THE ANTI-DEFAMATION LEAGUE,
ANTIDEFAMATION LEAGUE, *and* NICOLA STRAKER,

                     Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated August 10, 2023, the Court grants defendants' motion to dismiss in its entirety. The dismissal is with prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York

      August 10, 2023

                                                     **RUBY J. KRAJICK**
                                                       Clerk of Court

                            **BY:**

                                               _____
                                                         **Deputy Clerk**